J-S71023-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | |
| ROBERT STEVEN THOMPSON, JR. | |
| Appellant | No. 3604 EDA 2015 |

Appeal from the Judgment of Sentence October 29, 2015
In the Court of Common Pleas of Delaware County
Criminal Division at No(s): CP-23-CR-0003334-2014

BEFORE:  BOWES, J., PANELLA, J., and FITZGERALD, J.[*]

JUDGMENT ORDER BY PANELLA, J.            **FILED NOVEMBER 29, 2016**

Appellant, Robert Steven Thompson, Jr., appeals from the judgment of sentence entered after he was convicted of disorderly conduct, possession of marijuana, and harassment. However, Thompson's counsel concedes that the post-sentence motion and notice of appeal were untimely filed. Counsel requests, in the interests of justice, that we nevertheless treat this appeal as timely. This we cannot do. ***See Commonwealth v. Burks***, 102 A.3d 497, 500 (Pa. Super. 2014).

Here, as in ***Burks***, there was no fraud or breakdown in the court's operation, merely a mistake by counsel. We have no authority to excuse

---

[*] Former Justice specially assigned to the Superior Court.

Thompson's untimely notice of appeal, and therefore quash. Thus, Thompson's motion to proceed *pro se* is moot.

Appeal quashed. Motion to proceed *pro se* denied as moot.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary

Date: 11/29/2016